# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES BURGESS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **5:19-cv-00852-RDP-HNJ** |
| | ) | |
| **CULLMAN POLICE** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

## MEMORANDUM OPINION

On August 28, 2019, the Magistrate Judge entered a report recommending that this action be dismissed without prejudice for failure to prosecute. (Doc. 6). Although Petitioner was advised of his right to file specific written objections within fourteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. This action is therefore due to be dismissed without prejudice for failure to prosecute.

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 19, 2019.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE